IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

STEPHEN AND DIANE BROOKE, *et al.*,
individually, and on behalf of all others
similarly situated,

        Plaintiffs,

    v.                                     Civil Action No. 2:15-cv-506

THE STATE-OWNED ASSETS
SUPERVISION AND ADMINISTRATION
COMMISSION OF THE STATE COUNCIL,
*et al.*,

        Defendants.

## PLAINTIFFS' NOTICE OF FILING

COME NOW the Plaintiffs, by and through counsel, and hereby file with this Court the Order of Dismissal entered on May 26, 2020 in the United States District Court for the Eastern District of Louisiana by Judge Eldon E. Fallon, attached hereto as Exhibit A.  Plaintiffs also hereby advise the Court that none of the opt-outs from the class settlement with Defendants are from Virginia.  Therefore, the claims of all Plaintiffs in the above-captioned matter have been dismissed with prejudice.

                                        Respectfully submitted,

Dated:  June 2, 2020                       By: /s/ Jeffrey A. Breit

                                              Jeffrey A. Breit (VSB No. 18876)
                                              Breit Cantor Grana Buckner, PLLC
                                              600 22nd Street, Suite 402
                                              Virginia Beach, VA 23451
                                              Telephone: 757.670.3888
                                              Facsimile: 757.670.3939

jeffrey@breitcantor.com

Richard J. Serpe (VSB No. 33340)
Law Offices of Richard J. Serpe, P.C.
580 East Main Street, Suite 310
Norfolk, VA 23510
Telephone: 757.233.0009
Facsimile: 757.233.0455
rserpe@serpefirm.com

*Co-Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on June 2, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will then send a notification of such filing (NEF) to counsel of record.

By: /s/ Jeffrey A. Breit
Jeffrey A. Breit (VSB No. 18876)
Breit Cantor Grana Buckner, PLLC
600 22nd Street, Suite 402
Virginia Beach, VA 23451
Telephone: 757.670.3888
Facsimile: 757.670.3939
jeffrey@breitcantor.com

*Counsel for Plaintiffs*