# **EXHIBIT A**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO: ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | |

## ORDER OF DISMISSAL

The Court having entered an Order and Judgment Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, Granting Final Approval to the Class Settlement with Taishan Gypsum Company Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd. and Taian Taishan Plasterboard Co. Ltd. (collectively "Taishan") and Certifying the Settlement Class in the above-captioned action [Rec. Doc. 22466]; certain Plaintiffs having opted out of the Class Settlement ("Opt-Out Plaintiffs") (*see* List of Opt-Out Plaintiffs, attached hereto as Exhibit A); and Taishan having deposited the Settlement Funds into the Court Registry in accordance with Paragraphs 4.1.1, 4.1.2, and 4.1.3 of the Settlement Agreement [Rec. Doc. 22305-2],

**IT IS HEREBY ORDERED** that the Claims of the Plaintiffs who did not opt out and whose Complaints are listed on the attached Exhibit B shall be dismissed with prejudice, with each party to bear its own costs. The Claims of the Opt-Out Plaintiffs who are listed on Exhibit A are not dismissed absent a separate order from the Court.

New Orleans, Louisiana, this ___26th___ day of _____May_____, 2020.

Eldon E. Fallon
United States District Judge

# EXHIBIT "A"

## LIST OF OPT-OUT PLAINTIFFS

|   | Plaintiffs | Counsel | Opt-Out Request Post-Marked |
|---|------------|---------|------------------------------|
| 1 | Cecchi, Clifford<br>Knight, Carl D. | Doyle Law Firm | 10/10/2019 (USPS) |
| 2 | Eves, Royce E. (agent for Ensign Capital LLC) | Doyle Law Firm | 10/07/2019 (USPS) |
| 3 | Fortenberry, Stephanie | Doyle Law Firm | 10/04/2019 (Certified Mail) |
| 4 | Hosey, Terry Wayne | Doyle Law Firm | 10/07/2019 (USPS) |
| 5 | Johnson, Ethlyn[1] | Doyle Law Firm | 10/08/2019 (USPS) |
| 6 | Klein, Michael and Mayna | Doyle Law Firm | 10/05/2019 (USPS) |
| 7 | McKoy, Tony Alvado | Doyle Law Firm | 10/10/2019 (USPS) |
| 8 | Rappel, Robert and Josette | Doyle Law Firm | 10/08/2019 (Certified Mail) |
| 9 | Tahiri, Karim H. and Sbar, Karyn K. | Doyle Law Firm | 10/08/2019 (Certified Mail) |
| 10 | Vizcaino, Angel R. | Doyle Law Firm | 10/07/2019 (USPS) |
| 11 | Whiteman, Robert and Rita | Doyle Law Firm | 10/07/2019 (USPS) |
| 12 | Lich, James L. | Doyle Law Firm | 10/09/2019 (USPS) |
| 13 | Gibbs, Gene and Darla | Doyle Law Firm | 10/10/2019 (USPS) |
| 14 | Spain, Gregory and Megan | Doyle Law Firm | 10/10/2019 (USPS) |
| 15 | Maharaj, Debbieann | Doyle Law Firm | 10/12/2019 (USPS) |
| 16 | Biltz, Shane and Darlene | Doyle Law Firm | 10/15/2019 (USPS) |
| 17 | Montgomery, Walter | Doyle Law Firm | 10/16/2019 (USPS) |

[1] The Opt-Out request submitted by Ethlyn Johnson purports to also include Janella Jackman, but was not signed by Ms. Jackman as required by § 9.2.1 of the Settlement Agreement ("Individual Class Members who desire to opt out must request to opt out and *must sign a pleading* seeking exclusion from the Settlement." (emphasis added)). Therefore, only Ms. Johnson's claim has been opted out of the Class Settlement.

## LIST OF OPT-OUT PLAINTIFFS

| | Plaintiffs | Counsel | Opt-Out Request Post-Marked |
|---|---|---|---|
| 18 | Mitchell, Rhonda | Doyle Law Firm | 10/16/2019 (Certified Mail) |
| 19 | Rigsby, Pamela and Page, Irene | Doyle Law Firm | 10/17/2019 (USPS) |
| 20 | Ball, Edward and Gravel, Margot | Doyle Law Firm | 10/17/2019 (USPS) |
| 21 | Dombrowski, Joseph | Doyle Law Firm | 10/18/2019 (USPS) |
| 22 | Loredo, Pierre | Doyle Law Firm | 10/16/2019 (Certified Mail) 11/06/2019 (Priority Mail) |
| 23 | Greater NOLA Homes, LLC | Doyle Law Firm | 10/18/2019 (USPS) |
| 24 | Lauer, David and Tamara | Doyle Law Firm | 10/19/2019 (USPS) |
| 25 | Dipp, Evelyn | Doyle Law Firm | 10/19/2019 (USPS) |
| 26 | Kelvington, Barbara | Doyle Law Firm | 10/19/2019 (USPS) |
| 27 | Elia, William and Elizabeth | Doyle Law Firm | 10/21/2019 (USPS) |
| 28 | Barnett, Bessie | Doyle Law Firm | 10/24/2019 (USPS) |
| 29 | Barton, Michael[2] | Doyle Law Firm | 10/24/2019 (USPS) |
| 30 | Krekic, Nelica | Doyle Law Firm | 10/25/2019 (USPS) |
| 31 | Patel, Sanjay and Sharoj | Doyle Law Firm | 10/24/2019 (USPS) |
| 32 | Pruitt, Troyce and Rhonda | Doyle Law Firm | 10/24/2019 (USPS) |
| 33 | Kurtz, Garld G. Kurt | Doyle Law Firm | 10/26/2019 (Certified Mail) |

---

[2] The Opt-Out request submitted by Michael Barton purports to also include River Pointe at Grand Harbor Condominium HOA, but was not signed by that entity (or an authorized agent thereof) as required by § 9.2.1 of the Settlement Agreement ("Individual Class Members who desire to opt out must request to opt out and *must sign a pleading* seeking exclusion from the Settlement." (emphasis added)). Therefore, only Mr. Barton's claim has been opted out of the Class Settlement.

## LIST OF OPT-OUT PLAINTIFFS

|  | Plaintiffs | Counsel | Opt-Out Request Post-Marked |
|---|---|---|---|
| 34 | Egnaczyk, Sylvia | Doyle Law Firm | 10/28/2019 (USPS) |
| 35 | Farinella, Richard | Doyle Law Firm | 10/29/2019 (USPS) |
| 36 | James, Alishia | Doyle Law Firm | 10/29/2019 (USPS) |
| 37 | Abitbol, Gilbert | Doyle Law Firm | 10/31/2019 (Certified Mail) |
| 38 | Forcas, LLC | Doyle Law Firm | 10/31/2019 (USPS) |
| 39 | Banks, Thomas and Anne | Doyle Law Firm | 11/01/2019 (USPS) |
| 40 | Cameron, Andy and Leslie | Doyle Law Firm | 11/01/2019 (Certified Mail) |
| 41 | Bierria, Gwendolyn Kerr | Doyle Law Firm | 11/04/2019 (USPS) |
| 42 | Fritz, Michael | Doyle Law Firm | 11/04/2019 (Certified Mail) |
| 43 | Martinez, Juana | Doyle Law Firm | 11/04/2019 (USPS) |
| 44 | Severance, Richard and Gretchen | Doyle Law Firm | 11/06/2019 (USPS) |
| 45 | Forget, Jean-Paul | Doyle Law Firm | 11/04/2019 (Canada Post) |
| 46 | Kennedy, John | Doyle Law Firm | 11/12/2019 (USPS) |
| 47 | Barre, Kerry | Doyle Law Firm | 11/07/2019 (USPS) |
| 48 | Lott, Dolly | Doyle Law Firm | 11/08/2019 (USPS) |
| 49 | Anderson, John Lester | Doyle Law Firm | 11/08/2019 (Certified Mail) |
| 50 | Haggerty, Bill | Doyle Law Firm | 11/12/2019 (Priority Mail) |
| 51 | Gray, Ian and Linda | Doyle Law Firm | 11/12/2019 (USPS) |
| 52 | Punch, Dwayne and Dolly | Doyle Law Firm | 11/12/2019 (USPS) |

## LIST OF OPT-OUT PLAINTIFFS

|  | Plaintiffs | Counsel | Opt-Out Request Post-Marked |
|---|---|---|---|
| 53 | Melnick, Nicholas [3] | Doyle Law Firm | 11/12/2019 (USPS) |
| 54 | Redmond, David [4] | Doyle Law Firm | 11/12/2019 (USPS) |
| 55 | Neff, Matthew | Doyle Law Firm | 11/12/2019 (USPS) |
| 56 | Duncan, Calvin and Debra | Doyle Law Firm | 11/12/2019 (USPS) |
| 57 | Bayne, Claude Randy | Doyle Law Firm | 11/13/2019 (USPS) |
| 58 | Jones, Howard | Doyle Law Firm | 11/14/2019 (USPS) |
| 59 | Alfonso, Barbara Ann | Doyle Law Firm | 11/15/2019 (USPS) |
| 60 | Merrell, Brandi | Doyle Law Firm | 11/14/2019 (USPS) |
| 61 | Cross, Gregory | Doyle Law Firm | 11/16/2019 (USPS) |
| 62 | Daniel, Victor | Doyle Law Firm | 11/16/2019 (USPS) |
| 63 | Norton, Randall | Doyle Law Firm | 11/18/2019 (USPS) |
| 64 | 1st Financial Corp. | Doyle Law Firm | 11/20/2019 (Priority Mail) |
| 65 | Quinn, Michael | Doyle Law Firm | 11/18/2019 (Canada Post) |
| 66 | Janicek, Sue Ann | Doyle Law Firm | 11/20/2019 (USPS) |
| 67 | Zapp, Andrew | Doyle Law Firm | 11/20/2019 (USPS) |

---

[3] The Opt-Out request submitted by Nicholas Melnick purports to also include Elizabeth Melnick and River Pointe at Grand Harbor Condominium HOA, but was not signed by Ms. Melnick nor the entity (or an authorized agent thereof) as required by § 9.2.1 of the Settlement Agreement ("Individual Class Members who desire to opt out must request to opt out and *must sign a pleading* seeking exclusion from the Settlement." (emphasis added)). Therefore, only Mr. Melnick's claim has been opted out of the Class Settlement.

[4] The Opt-Out request submitted by David Redmond purports to also include River Pointe at Grand Harbor Condominium HOA, but was not signed by that entity (or an authorized agent thereof) as required by § 9.2.1 of the Settlement Agreement ("Individual Class Members who desire to opt out must request to opt out and *must sign a pleading* seeking exclusion from the Settlement." (emphasis added)). Therefore, only Mr. Redmond's claim has been opted out of the Class Settlement.

## LIST OF OPT-OUT PLAINTIFFS

| | Plaintiffs | Counsel | Opt-Out Request Post-Marked |
|---|---|---|---|
| 68 | Freeman, Twila | Doyle Law Firm | 11/20/2019 (USPS) |
| 69 | Sullivan, Patricia | Doyle Law Firm | 11/21/2019 (USPS) |
| 70 | Robinson, Edward | Doyle Law Firm | 11/21/2019 (USPS) |
| 71 | Ross, Terrence and Rhonda | O'Bryon & Schnabel | 11/21/2019 (USPS) |
| 72 | River Pointe at Grand Harbor Condominium and Porter, Cheryl | Doyle Law Firm | 11/23/2019 (USPS) |
| 73 | Bourlet, Joseph | Doyle Law Firm | 11/26/2019 (USPS) |
| 74 | Lindsay, Horace and Donna and River Pointe at Grand Harbor Condominium HOA | Doyle Law Firm | 11/25/2019 (USPS) |
| 75 | Ellison, Bryon | Doyle Law Firm | 11/25/2019 (USPS) |
| 76 | Choi, Injoon Clark | Doyle Law Firm | 11/25/2019 (USPS) |
| 77 | Albornoz, Alfonso | Doyle Law Firm | 11/25/2019 (USPS) |
| 78 | Van Drie, Anjali | Doyle Law Firm | 11/25/2019 (USPS) |
| 79 | Anderson, Christopher | Doyle Law Firm | 11/26/2019 (USPS) |
| 80 | Alexander, James and Sharon | Belt & Bruner | 11/26/2019 (USPS) 11/26/2019 (Certified Mail) |
| 81 | Baptiste, David | Doyle Law Firm | 11/27/2019 (USPS) |
| 82 | Bentz, Kelly | Doyle Law Firm | 11/27/2019 (USPS) |
| 83 | Carter, John | Doyle Law Firm | 11/27/2019 (USPS) |
| 84 | Heath, Thomas | Doyle Law Firm | 11/27/2019 (USPS) |
| 85 | Szala, Chad and Kristen | Doyle Law Firm | 11/27/2019 (USPS) |
| 86 | Wells, James Randall and Meyers, Amy | Doyle Law Firm | 11/27/2019 (USPS) |

## LIST OF OPT-OUT PLAINTIFFS

|     | Plaintiffs | Counsel | Opt-Out Request Post-Marked |
|-----|------------|---------|------------------------------|
| 87  | Carroll, Jerry[5] | Doyle Law Firm | 11/27/2019 (USPS) |
| 88  | Rayborn, Kenneth | Parker Waichman | 11/27/2019 (USPS) |
| 89  | Uhrina, Jason | Doyle Law Firm | 11/27/19 (Certified Mail) |
| 90  | Gottlieb, Patricia | Doyle Law Firm | 11/25/19 (Certified Mail) |

---

[5] The Opt-Out request submitted by Jerry Carroll purports to opt out on behalf of "Teresa Lynn West or Jerry Carroll," but was not signed by Ms. West as required by § 9.2.1 of the Settlement Agreement ("Individual Class Members who desire to opt out must request to opt out and *must sign a pleading* seeking exclusion from the Settlement." (emphasis added)). Therefore, only Mr. Carroll's claim has been opted out of the Class Settlement.

## EXHIBIT "B"

### Federal Court Cases

| Case Number | Title | Other Court | Other Case Number | Date Filed |
|---|---|---|---|---|
| 2:09-cv-02981-EEF-JCW | *Donaldson et al v. Knauf Gips KG et al* | | | 3/3/2009 |
| 2:09-cv-03127-EEF-JCW | *Roberts et al v. Knauf Gips KG et al* | | | 3/24/2009 |
| 2:09-cv-03135-EEF-JCW | *Alexander et al v. Knauf Gips KG et al* | | | 3/24/2009 |
| 2:09-cv-03136-EEF-JCW | *Gilberti et al v. Knauf Gips KG* | | | 3/24/2009 |
| 2:09-cv-03156-EEF-JCW | *Ancira et al v. Knauf Gips KG et al* | | | 3/27/2009 |
| 2:09-cv-03157-EEF-JCW | *Haindel v. Knauf Gips KG et al* | | | 3/27/2009 |
| 2:09-cv-03192-EEF-JCW | *Mitchell et al v. Knauf Gips KG et al* | | | 3/31/2009 |
| 2:09-cv-03193-EEF-JCW | *Stayton v. Knauf Gips KG et al* | | | 3/31/2009 |
| 2:09-cv-03243-EEF-JCW | *Barone v. Knauf Gips KG et al* | | | 4/8/2009 |
| 2:09-cv-03265-EEF-JCW | *Morlas et al v. Knauf Gips KG et al* | | | 4/9/2009 |
| 2:09-cv-03282-EEF-JCW | *Robinson et al v. Knauf Gips KG et al* | | | 4/14/2009 |
| 2:09-cv-03309-EEF-JCW | *Conrad v. Knauf Gips KG et al* | | | 4/16/2009 |
| 2:09-cv-03384-EEF-JCW | *Perez et al v. Knauf Gips KG et al* | | | 4/28/2009 |
| 2:09-cv-03422-EEF-JCW | *Mai et al v. Knauf Gips KG et al* | | | 5/1/2009 |

| Case Number | Title | Other Court | Other Case Number | Date Filed |
|---|---|---|---|---|
| 2:09-cv-03423-EEF-JCW | *Vu et al v. Knauf Gips KG et al* | | | 5/1/2009 |
| 2:09-cv-03424-EEF-JCW | *Peyton et al v. Knauf Gips KG et al* | | | 5/1/2009 |
| 2:09-cv-03425-EEF-JCW | *Martin et al v. Knauf Gips KG et al* | | | 5/1/2009 |
| 2:09-cv-03426-EEF-JCW | *Bourg et al v. Knauf Gips KG et al* | | | 5/1/2009 |
| 2:09-cv-03427-EEF-JCW | *Cresson et al v. Knauf Gips KG et al* | | | 5/1/2009 |
| 2:09-cv-03479-EEF-JCW | *Fazande et al v. Knauf Gips KG et al* | | | 5/8/2009 |
| 2:09-cv-03525-EEF-JCW | *Davis et al v. Knauf Gips KG et al* | | | 5/12/2009 |
| 2:09-cv-03526-EEF-JCW | *Ceruti et al v. Knauf Gips KG et al* | | | 5/12/2009 |
| 2:09-cv-03535-EEF-JCW | *Brumfield et al v. Knauf Gips KG et al* | | | 5/13/2009 |
| 2:09-cv-03536-EEF-JCW | *Mai et al v. Knauf Gips KG et al* | | | 5/13/2009 |
| 2:09-cv-03634-EEF-JCW | *Bryant v. Knauf Gips KG et al* | | | 5/22/2009 |
| 2:09-cv-03635-EEF-JCW | *Donnelly et al v. Knauf Gips KG et al* | | | 5/22/2009 |
| 2:09-cv-03636-EEF-JCW | *Jaruzel et al v. Knauf Gips KG et al* | | | 5/22/2009 |
| 2:09-cv-03637-EEF-JCW | *Cassagne et al v. Knauf Gips KG et al* | | | 5/22/2009 |
| 2:09-cv-03638-EEF-JCW | *Mays et al v. Knauf Gips KG et al* | | | 5/22/2009 |

| Case Number | Title | Other Court | Other Case Number | Date Filed |
|---|---|---|---|---|
| 2:09-cv-03639-EEF-JCW | *Simmons et al v. Knauf Gips KG et al* | | | 5/22/2009 |
| 2:09-cv-03812-EEF-JCW | *Greco v. Knauf Gips KG et al* | | | 6/10/2009 |
| 2:09-cv-03836-EEF-JCW | *Harding et al v. Knauf Gips KG et al* | | | 6/11/2009 |
| 2:09-cv-03837-EEF-JCW | *Macombrer et al v. Knauf Gips KG et al* | | | 6/11/2009 |
| 2:09-cv-03838-EEF-JCW | *Pennington v. Knauf Gips KG et al* | | | 6/11/2009 |
| 2:09-cv-03840-EEF-JCW | *Berthaut v. Knauf Gips KG et al* | | | 6/11/2009 |
| 2:09-cv-03923-EEF-JCW | *Chiappetta et al v. Knauf Gips KG et al* | | | 6/18/2009 |
| 2:09-cv-03926-EEF-JCW | *Maggiore et al v. Knauf Gips KG et al* | | | 6/18/2009 |
| 2:09-cv-03927-EEF-JCW | *Fisher et al v. Knauf Gips KG et al* | | | 6/18/2009 |
| 2:09-cv-03929-EEF-JCW | *Tabor et al v. Knauf Gips KG et al* | | | 6/18/2009 |
| 2:09-cv-03930-EEF-JCW | *Methvin et al v. Knauf Gips KG et al* | | | 6/18/2009 |
| 2:09-cv-03931-EEF-JCW | *Theard et al v. Knauf Gips KG et al* | | | 6/18/2009 |
| 2:09-cv-03932-EEF-JCW | *Antoine et al v. Knauf Gips KG et al* | | | 6/18/2009 |
| 2:09-cv-03959-EEF-JCW | *Alonzo v. Knauf Gips KG et al* | | | 6/19/2009 |
| 2:09-cv-03960-EEF-JCW | *Meyer et al v. Knauf Gips KG et al* | | | 6/19/2009 |

| Case Number | Title | Other Court | Other Case Number | Date Filed |
|---|---|---|---|---|
| 2:09-cv-03961-EEF-JCW | *Peres et al v. Knauf Gips KG et al* | | | 6/19/2009 |
| 2:09-cv-04100-EEF-JCW | *Staub et al v. Knauf Gips KG et al* | | | 6/15/2009 |
| 2:09-cv-04101-EEF-JCW | *Lewis et al v. Knauf Gips KG et al* | | | 6/15/2009 |
| 2:09-cv-04102-EEF-JCW | *Evans et al v. Knauf Gips KG et al* | | | 6/15/2009 |
| 2:09-cv-04112-EEF-JCW | *Allen et al v. Knauf Plasterboard Tianjin Co., Ltd. et al* | Middle District of Florida | 2:09-54-UA-DNF | 6/24/2009 |
| 2:09-cv-04113-EEF-JCW | *Ankney v. Knauf Gips KG et al* | Middle District of Florida | 2:09-166 | 6/24/2009 |
| 2:09-cv-04116-EEF-JCW | *Riesz et al v. Knauf Plasterboard Tianjin Co., Ltd. et al* | Southern District of Florida | 2:09-cv-60371 | 6/22/2009 |
| 2:09-cv-04117-EEF-JCW | *Vickers et al v. Knauf Gips KG et al* | Southern District of Florida | 1:09-cv-20510 | 6/22/2009 |
| 2:09-cv-04118-EEF-JCW | *Garcia et al v. Lennar Corporation et al* | Southern District of Florida | 1:09-cv-20739 | 6/22/2009 |
| 2:09-cv-04119-EEF-JCW | *Morris-Chin et al v. Knauf Plasterboard Tianjin Co., Ltd. et al* | Southern District of Florida | 1:09-cv-20796 | 6/22/2009 |
| 2:09-cv-04122-EEF-JCW | *Guidry et al v. Knauf Gips KG et al* | | | 6/16/2009 |
| 2:09-cv-04145-EEF-JCW | *Moore et al v. Knauf Gips KG et al* | | | 6/17/2009 |
| 2:09-cv-04146-EEF-JCW | *Myers et al v. Knauf Gips KG et al* | | | 6/17/2009 |
| 2:09-cv-04147-EEF-JCW | *Carter et al v. Knauf Gips KG et al* | | | 6/17/2009 |

| Case Number | Title | Other Court | Other Case Number | Date Filed |
|---|---|---|---|---|
| 2:09-cv-04148-EEF-JCW | *Serio v. Knauf Gips KG et al* | | | 6/17/2009 |
| 2:09-cv-04154-EEF-JCW | *McCrary et al v. Knauf Gips KG et al* | | | 6/23/2009 |
| 2:09-cv-04273-EEF-JCW | *Gritter et al v. Knauf Gips KG et al* | | | 7/6/2009 |
| 2:09-cv-04274-EEF-JCW | *Dakin et al v. Knauf Gips KG et al* | | | 7/6/2009 |
| 2:09-cv-04275-EEF-JCW | *Amerson et al v. Knauf Gips KG et al* | | | 7/6/2009 |
| 2:09-cv-04287-EEF-JCW | *Pizani et al v. Knauf Gips KG et al* | | | 7/7/2009 |
| 2:09-cv-04293-EEF-JCW | *Rayfield et al v. Knauf Gips KG et al* | Southern District of Alabama | 09-255 | 7/10/2009 |
| 2:09-cv-04295-EEF-JCW | *Feliciano et al v. Knauf Gips KG et al* | Southern District of Florida | 1:09-cv-21027-KMM | 7/16/2009 |
| 2:09-cv-04296-EEF-JCW | *Fernandez et al v. Knauf Gips KG et al* | Southern District of Florida | 1:09-cv-21028-KMM | 7/16/2009 |
| 2:09-cv-04297-EEF-JCW | *Pelligra v. Knauf Gips KG et al* | Southern District of Florida | 09-21055-DLG | 7/16/2009 |
| 2:09-cv-04298-EEF-JCW | *Rizzo et al v. Knauf Gips KG et al* | Southern District of Florida | 09-21057-KMM | 7/16/2009 |
| 2:09-cv-04299-EEF-JCW | *Flores et al v. Knauf Gips KG et al* | Southern District of Florida | 09-21060-KMM | 7/16/2009 |
| 2:09-cv-04300-EEF-JCW | *Valdes et al v. Knauf Gips KG et al* | Southern District of Florida (Miami) | 1:09-21061 | 7/16/2009 |
| 2:09-cv-04301-EEF-JCW | *Oves v. Knauf Gips KG et al* | Southern District of Florida (Miami) | 1:09-21062 | 7/16/2009 |
| 2:09-cv-04302-EEF-JCW | *Leben et al v. Knauf Gips KG et al* | Southern District of Florida (Miami) | 1:09-21063 | 7/16/2009 |

| Case Number | Title | Other Court | Other Case Number | Date Filed |
|---|---|---|---|---|
| 2:09-cv-04303-EEF-JCW | *Villalta et al v. Knauf Gips KG et al* | Southern District of Florida (Miami) | 1:09-21145 | 7/16/2009 |
| 2:09-cv-04304-EEF-JCW | *Sardina et al v. Knauf Gips KG et al* | Southern District of Florida (Miami) | 1:09-21146 | 7/16/2009 |
| 2:09-cv-04306-EEF-JCW | *Scritchfield et al v. Knauf Gips KG et al* | Southern District of Florida | 09-14111-DLG | 7/16/2009 |
| 2:09-cv-04308-EEF-JCW | *Kelly v. Knauf Gips KG et al* | Southern District of Florida | 09-14125-DLG | 7/16/2009 |
| 2:09-cv-04309-EEF-JCW | *Downs et al v. Knauf Gips KG et al* | Southern District of Florida | 09-14126-DLG | 7/16/2009 |
| 2:09-cv-04310-EEF-JCW | *Teefy et al v. Knauf Gips KG et al* | Southern District of Florida | 09-14127-KMM | 7/16/2009 |
| 2:09-cv-04311-EEF-JCW | *Malkki et al v. Knauf Gips KG et al* | Southern District of Florida | 09-14128-KMM | 7/16/2009 |
| 2:09-cv-04312-EEF-JCW | *O'Hear v. Knauf Gips KG et al* | Southern District of Florida | 09-14129-KMM | 7/16/2009 |
| 2:09-cv-04313-EEF-JCW | *Bradford v. Knauf Gips KG et al* | Southern District of Florida | 09-14137-DLG | 7/16/2009 |
| 2:09-cv-04314-EEF-JCW | *Knapp et al v. Knauf Gips KG et al* | Southern District of Florida | 09-14138-JEM | 7/16/2009 |
| 2:09-cv-04315-EEF-JCW | *Schurer v. Knauf Gips KG et al* | Southern District of Florida | 09-14139-KMM | 7/16/2009 |
| 2:09-cv-04316-EEF-JCW | *Catalano et al v. Knauf Gips KG et al* | Southern District of Florida | 09-14140-JEM | 7/16/2009 |
| 2:09-cv-04318-EEF-JCW | *Badchkam v. Knauf Gips KG et al* | Southern District of Florida | 09-14142-DLG | 7/16/2009 |
| 2:09-cv-04319-EEF-JCW | *Peterson et al v. Treasure Coast Homes, LLC et al* | Southern District of Florida | 09-14154-DLG | 7/16/2009 |
| 2:09-cv-04320-EEF-JCW | *Foster v. Northstar Holdings, Inc. et al* | Southern District of Florida | 09-80535-KMM | 7/16/2009 |

| Case Number | Title | Other Court | Other Case Number | Date Filed |
|---|---|---|---|---|
| 2:09-cv-04321-EEF-JCW | *Feuerberg et al v. Knauf Gips KG et al* | Southern District of Florida | 09-80644-KMM | 7/16/2009 |
| 2:09-cv-04322-EEF-JCW | *Frais v. Knauf Gips KG et al* | Southern District of Florida | 09-80730-KMM | 7/16/2009 |
| 2:09-cv-04323-EEF-JCW | *Ledet et al v. Knauf Gips KG et al* | Middle District of Louisiana | 3:09-301 | 7/9/2009 |
| 2:09-cv-04344-EEF-JCW | *Schields et al v. Knauf Gips KG et al* | | | 7/8/2009 |
| 2:09-cv-04345-EEF-JCW | *Dunn et al v. Knauf Gips KG et al* | | | 7/8/2009 |
| 2:09-cv-04351-EEF-JCW | *Berthelotte et al v. Knauf Gips KG et al* | | | 7/9/2009 |
| 2:09-cv-04368-EEF-JCW | *Moreau et al v. Knauf Gips KG et al* | | | 7/9/2009 |
| 2:09-cv-04381-EEF-JCW | *Broesder v. Knauf Gips KG et al* | | | 7/13/2009 |
| 2:09-cv-04513-EEF-JCW | *Enclarde et al v. Knauf Gips KG et al* | | | 7/28/2009 |
| 2:09-cv-04538-EEF-JCW | *Evans v. Knauf Gips KG et al* | Civil District Court, Orleans Parish | 09-6625 K | 7/28/2009 |
| 2:09-cv-04655-EEF-JCW | *Smith v. Knauf Gips KG et al* | Middle District of Florida (Ft. Myers) | 2:09-cv-418-JES-SPC | 8/6/2009 |
| 2:09-cv-04656-EEF-JCW | *Schatzle et al v. Knauf Gips KG et al* | Middle District of Florida (Ft. Myers) | 2:09-cv-419-UA-DNF | 7/31/2009 |
| 2:09-cv-05337-EEF-JCW | *Mitchell v. Knauf Gips KG et al* | | | 8/3/2009 |
| 2:09-cv-05828-EEF-JCW | *Jarrell et al v. Knauf Gips KG et al* | | | 8/19/2009 |
| 2:09-cv-05830-EEF-JCW | *Hopper et al v. Knauf Gips KG et al* | | | 8/19/2009 |

| Case Number | Title | Other Court | Other Case Number | Date Filed |
|---|---|---|---|---|
| 2:09-cv-05844-EEF-JCW | *Allen et al v. Knauf Gips KG et al* | | | 7/29/2009 |
| 2:09-cv-05845-EEF-JCW | *Leverette et al v. Knauf Gips KG et al* | | | 7/29/2009 |
| 2:09-cv-05869-EEF-JCW | *Goldstein v. Knauf Gips KG et al* | Southern District of Florida (Ft Lauderdale) | 0:09-61096 CMA | 8/27/2009 |
| 2:09-cv-05871-EEF-JCW | *Plaza v. Knauf Gips KG et al* | Southern District of Florida (Miami) | 1:09-22159 JLG | 8/27/2009 |
| 2:09-cv-05872-EEF-JCW | *Victores et al v. Lennar Homes, LLC et al* | Southern District of Florida (Miami) | 1:09-22160 KMM | 8/27/2009 |
| 2:09-cv-05874-EEF-JCW | *Green et al v. Knauf Gips KG et al* | | | 8/25/2009 |
| 2:09-cv-05946-EEF-JCW | *LeBlanc et al v. Knauf Gips KG et al* | | | 8/28/2009 |
| 2:09-cv-06051-EEF-JCW | *Pastentine v. Knauf Gips KG et al* | | | 9/1/2009 |
| 2:09-cv-06052-EEF-JCW | *Orduna et al v. Knauf Gips KG et al* | | | 9/1/2009 |
| 2:09-cv-06081-EEF-JCW | *Peters v. Knauf Gips KG et al* | | | 9/2/2009 |
| 2:09-cv-06082-EEF-JCW | *Roberts v. Knauf Gips KG et al* | | | 9/2/2009 |
| 2:09-cv-06083-EEF-JCW | *Smith et al v. Knauf Gips KG et al* | | | 9/2/2009 |
| 2:09-cv-06084-EEF-JCW | *St. Martin v. Knauf Gips KG et al* | | | 9/2/2009 |
| 2:09-cv-06085-EEF-JCW | *Jones v. Knauf Gips KG et al* | | | 9/2/2009 |
| 2:09-cv-06086-EEF-JCW | *Bailey v. Knauf Gips KG et al* | | | 9/2/2009 |

| Case Number | Title | Other Court | Other Case Number | Date Filed |
|---|---|---|---|---|
| 2:09-cv-06087-EEF-JCW | *Carter v. Knauf Gips KG et al* | | | 9/2/2009 |
| 2:09-cv-06088-EEF-JCW | *Joseph v. Knauf Gips KG et al* | | | 9/2/2009 |
| 2:09-cv-06089-EEF-JCW | *Kuykendall v. Knauf Gips KG et al* | | | 9/2/2009 |
| 2:09-cv-06090-EEF-JCW | *Eugene v. Knauf Gips KG et al* | | | 9/2/2009 |
| 2:09-cv-06091-EEF-JCW | *Smith v. Knauf Gips KG et al* | | | 9/2/2009 |
| 2:09-cv-06092-EEF-JCW | *Myles v. Knauf Gips KG et al* | | | 9/2/2009 |
| 2:09-cv-06093-EEF-JCW | *Tromatore et al v. Knauf Gips KG et al* | | | 9/2/2009 |
| 2:09-cv-06094-EEF-JCW | *Gardette et al v. Knauf Gips KG et al* | | | 9/2/2009 |
| 2:09-cv-06095-EEF-JCW | *Zubrowski et al v. Knauf Gips KG et al* | | | 9/2/2009 |
| 2:09-cv-06096-EEF-JCW | *Ambrose v. Knauf Gips KG et al* | | | 9/2/2009 |
| 2:09-cv-06097-EEF-JCW | *Clark v. Knauf Gips KG et al* | | | 9/2/2009 |
| 2:09-cv-06103-EEF-JCW | *Hernandez et al v. Knauf Gips KG et al* | | | 9/3/2009 |
| 2:09-cv-06507-EEF-JCW | *Campanelli et al v. Knauf Gips KG et al* | Middle District of Florida (Ft. Myers) | 2:09-558 | 10/2/2009 |
| 2:09-cv-06525-EEF-JCW | *Godwin et al v. Knauf Gips KG et al* | Southern District of Alabama (Mobile) | 1:09-564 | 9/30/2009 |
| 2:09-cv-06526-EEF-JCW | *Panneton et al v. Knauf Gips KG et al* | USDC-SDAL (MOBILE) | 1:09-565 | 10/1/2009 |

| Case Number | Title | Other Court | Other Case Number | Date Filed |
|---|---|---|---|---|
| 2:09-cv-06529-EEF-JCW | *Torres-Lutz et al v. Shandong Taihe Dongxin Stock Co., Ltd. et al* | USDC - MDFL (Tampa) | 8:09-1802-RAL-TBM | 10/1/2009 |
| 2:09-cv-06530-EEF-JCW | *Morris v. Beijing New Building Materials Co., Ltd. et al* | USDC - MDFL (Tampa) | 8:09-1803-VMC-TBM | 10/1/2009 |
| 2:09-cv-06531-EEF-JCW | *Posey et al v. Beijing New Building Materials Co., Ltd. et al* | USDC - NDFL (Pensacola) | 3:09-373-MCR-EMT | 10/1/2009 |
| 2:09-cv-06532-EEF-JCW | *Belfour et al v. Knauf Gips KG et al* | Southern District of Florida (Ft Lauderdale) | 0:09-61362 | 10/1/2009 |
| 2:09-cv-06533-EEF-JCW | *Davy et al v. Knauf Gips KG et al* | Southern District of Florida (Ft Lauderdale) | 0:09-61363 | 10/1/2009 |
| 2:09-cv-06538-EEF-JCW | *Metzl v. Knauf Gips KG et al* | Southern District of Florida (Miami) | 1:09-22570 | 10/1/2009 |
| 2:09-cv-06545-EEF-JCW | *Steiner et al v. Beijing New Building Material, PLC et al* | Southern District of Florida (West Palm Beach) | 9:09-81259 | 10/1/2009 |
| 2:09-cv-06547-EEF-JCW | *Difilippo et al v. Knauf Gips KG et al* | Southern District of Florida (West Palm Beach) | 9:09-81261 | 10/1/2009 |
| 2:09-cv-06553-EEF-JCW | *Alldredge et al v. Knauf Gips KG et al* | Southern District of Mississippi (Southern) | 1:09-651 | 9/30/2009 |
| 2:09-cv-06554-EEF-JCW | *Heischober et al v. Taishan Gypsum Co. Ltd. et al* | Eastern District of Virginia (Norfolk) | 2:09-428 | 10/2/2009 |
| 2:09-cv-06555-EEF-JCW | *Morgan et al v. Taishan Gypsum Co. Ltd. et al* | Eastern District of Virginia (Newport News) | 4:09-115 | 10/2/2009 |
| 2:09-cv-06686-EEF-JCW | *Hinkley et al v. Taishan Gypsum Co. Ltd. et al* | USDC - EDNC (Northern Division) | 2:09-00025-FL | 10/15/2009 |

| Case Number | Title | Other Court | Other Case Number | Date Filed |
|---|---|---|---|---|
| 2:09-cv-06687-EEF-JCW | *Germano et al v. Taishan Gypsum Co. Ltd. et al* | Eastern District of Virginia (Norfolk) | 2:09-cv-202 | 10/13/2009 |
| 2:09-cv-06690-EEF-JCW | *Gross et al v. Knauf Gips KG et al* | USCA 5th Circuit | 11-30619 | 10/7/2009 |
| 2:09-cv-06738-EEF-JCW | *Heritage Homes of Northwest Florida, LLC v. Knauf Gips KG et al* | Northern District of Florida (Pensacola) | 3:09-409 | 10/13/2009 |
| 2:09-cv-06752-EEF-JCW | *Mills v. Knauf Gips KG et al* | Middle District of Louisiana (Baton Rouge) | 3:09-721 | 10/22/2009 |
| 2:09-cv-06753-EEF-JCW | *Legendre et al v. Knauf Gips KG et al* | Southern District of Mississippi (Southern) | 1:09-654 | 10/13/2009 |
| 2:09-cv-07042-EEF-JCW | *Ashford et al v. Knauf Gips KG et al* | | | 10/26/2009 |
| 2:09-cv-07131-EEF-JCW | *Ghafari v. Knauf Gips KG et al* | Southern District of Florida (Miami) | 1:09-21331 | 11/2/2009 |
| 2:09-cv-07549-EEF-JCW | *Lewis et al v. Knauf Gips KG et al* | Middle District of Louisiana (Baton Rouge) | 3:09-937 | 12/8/2009 |
| 2:09-cv-07550-EEF-JCW | *Jordan et al v. Knauf Gips KG et al* | Middle District of Louisiana (Baton Rouge) | 3:09-938 | 12/8/2009 |
| 2:09-cv-07551-EEF-JCW | *Robins et al v. Knauf Gips KG et al* | Middle District of Louisiana (Baton Rouge) | 3:09-939 | 12/8/2009 |
| 2:10-cv-00333-EEF-JCW | *McDuffie et al v. Knauf Gips KG et al* | Southern District of Alabama (Mobile) | 1:09-550 | 2/18/2010 |
| 2:10-cv-00340-EEF-JCW | *Louisiana State v. Knauf Gips KG et al* | Civil District Court, Orleans Parish | 2010-392 E | 2/5/2010 |
| 2:10-cv-00361-EEF-JCW | *Wiltz et al v. Beijing New Building Material Public Limited Company et al* | USCA 5th Circuit | 11-30619 | 2/10/2010 |

| Case Number | Title | Other Court | Other Case Number | Date Filed |
|---|---|---|---|---|
| 2:10-cv-00860-EEF-JCW | *Meister v. Knauf Gips KG et al* | Middle District of Florida (Ft. Myers) | 2:10-048 | 3/16/2010 |
| 2:10-cv-01109-EEF-JCW | *Pampel et al v. Knauf GIPS KG et al* | Southern District of Alabama (Mobile) | 1:09-554 | 4/23/2010 |
| 2:10-cv-01553-EEF-JCW | *Foret et al v. Knauf Gips KG et al* | 22nd Judicial District Court Parish of St. Tammany | 2009-13673 | 5/24/2010 |
| 2:11-cv-00080-EEF-JCW | *Abel v. Taishan Gypsum Co. Ltd. et al* | USCA 5th Circuit | 11-30619 | 1/14/2011 |
| 2:11-cv-00336-EEF-JCW | *Usaga et al v. Knauf Gips KG et al* | Southern District of Florida (Miami) | 1:09-22569 | 2/16/2011 |
| 2:11-cv-01077-EEF-JCW | *Haya et al v. Taishan Gypsum Co. Ltd. et al* | | | 5/5/2011 |
| 2:11-cv-01395-EEF-JCW | *Amorin et al v. Taishan Gypsum Co. Ltd. et al* | | | 6/13/2011 |
| 2:11-cv-01672-EEF-JCW | *Amorin et al v. Taishan Gypsum Co., Ltd. et al* | Southern District of Florida (Miami) | 1:11-22408 | 7/21/2011 |
| 2:11-cv-01673-EEF-JCW | *Amorin et al v. Taishan Gypsum Co. Ltd. et al* | Eastern District of Virginia (Norfolk) | 2:11-377 | 7/20/2011 |
| 2:11-cv-03094-EEF-JCW | *Abner et al v. Taishan Gypsum Co. Ltd. et al* | Central District of California (Southern Division) | 8:11-1787 | 12/28/2011 |
| 2:12-cv-00498-EEF-JCW | *Almeroth et al v. Taishan Gypsum Co. Ltd. et al* | | | 2/23/2012 |
| 2:12-cv-01198-EEF-JCW | *Auto Owners Insurance Company et al v. Independent Builders Supply Association, Inc. et al* | | | 5/11/2012 |
| 2:12-cv-01632-EEF-JCW | *D.R. Horton, Inc. v. Knauf Gips KG et al* | Middle District of Florida (Ft. Myers) | 2:12-135 | 8/8/2012 |

| Case Number | Title | Other Court | Other Case Number | Date Filed |
|---|---|---|---|---|
| 2:13-cv-06652-EEF-JCW | *Collins et al v. Bass Homes, Inc. et al* | Southern District of Mississippi | 1:13-297 | 12/18/2013 |
| 2:13-cv-06653-EEF-JCW | *Herrington et al v. Bass Homes, Inc. et al* | Southern District of Mississippi | 1:13-323 | 12/18/2013 |
| 2:14-cv-00587-EEF-JCW | *Little et al v. Taishan Gypsum Co. Ltd. et al* | Southern District of Alabama (Mobile) | 1:13-612 | 3/17/2014 |
| 2:14-cv-01727-EEF-JCW | *Amorin et al v. State-Owned Assets Supervision and Administration Commission of the State Council et al* | | | 7/29/2014 |
| 2:15-cv-04127-EEF-JCW | *Brooke v. State-Owned Assets Supervision and Administration Commission of the State Council et al* | Eastern District of Louisiana | | 9/4/2015 |
| 2:15-cv-06632-EEF-JCW | *Brooke, et al, v. State Owned Assets Supervision and Administration Commission of the State Council* | Eastern District of Virginia (Norfolk) | 2:15-cv-00506 | 12/31/2015 |
| 2:15-cv-06631-EEF-JCW | *Brooke, et al, v. State Owned Assets Supervision and Administration Commission of the State Council* | Southern District of Florida (Miami) | 2:15-cv-24348 | 12/16/2015 |
| 16-cv-10839-KOB | *Ellison v. Taishan Gypsum Co., Ltd.* | | | 11/15/2016 |
| 2:09-cv-04367 | *D'Amico et al v. Knauf Gips KG et al* | | | 7/9/2009 |
| 2:09-cv-05943 | *Shelton et al v. Knauf Gips KG et al* | | | 8/28/2009 |

| Case Number | Title | Other Court | Other Case Number | Date Filed |
|---|---|---|---|---|
| 2:09-cv-05944 | *Maykut et al v. Knauf Gips KG et al* | | | 8/28/2009 |
| 2:09-cv-05945 | *Young et al v. Knauf Gips KG et al* | | | 8/28/2009 |
| 2:09-cv-06509 | *Oliver et al v. Knauf Gips KG et al* | | | 9/30/2009 |
| 2:11-cv-00377 | *Amorin et al v. Taishan Gypsum Co. Ltd. Et al* | | | 7/5/2011 |
| 2:15-cv-00455 | *Amorin et al v. China National Building Materials Import and Export Corporation et al* | | | 2/2/2015 |
| 2:17-cv-08283 | *Macon et al v. Taishan Gypsum Co. Ltd. Et al* | Northern District of Alabama | 1:17-cv-01287 | 8/1/2017 |
| 2:17-cv-08284 | *Bayne et al v. Taishan Gypsum Co. Ltd. Et al* | Northern District of Alabama | 4:17-cv-01286 | 8/1/2017 |
| 2:17-cv-08285 | *Peoples et al v. Taishan Gypsum Co. Ltd. Et al* | Northern District of Georgia | 1:17-cv-02890 | 8/1/2017 |
| 2:17-cv-08286 | *Bentz et al v. Taishan Gypsum Co. Ltd. Et al* | Northern District of Georgia | 1:17-cv-02892 | 8/1/2017 |
| 2:17-cv-08287 | *Polk et al v. Taishan Gypsum Co. Ltd. Et al* | Southern District of Mississippi | 1:17-cv-216H50-JCG | 8/1/2017 |
| 2:17-cv-08288 | *Allen et al v. Taishan Gypsum Co. Ltd. Et al* | Southern District of Mississippi | 1:17-cv-217LG-RHW | 8/1/2017 |
| 2:17-cv-08290 | *Bright et al v. Taishan Gypsum Co. Ltd. Et al* | Eastern District of North Carolina | 2:17-cv-00035 | 8/1/2017 |
| 2:17-cv-08291 | *DeOliveira et al v. Taishan Gypsum Co. Ltd. Et al* | District of South Carolina | 4:17-cv-02019 | 8/1/2017 |
| 2:17-cv-08292 | *Redden et al v. Taishan Gypsum Co. Ltd. Et al* | Western District of Tennessee | 1:17-cv-01146 | 8/1/2017 |

| Case Number | Title | Other Court | Other Case Number | Date Filed |
|---|---|---|---|---|
| 2:17-cv-08293 | *Mertlitz et al v. Taishan Gypsum Co. et al* | Eastern District of Texas | 5:17-cv-00140 | 8/1/2017 |
| 2:17-cv-08294 | *Lochhead et al v. Taishan Gypsum Co., Ltd. et al* | Southern District of Texas | 7:17-cv-00294 | 8/1/2017 |
| 2:17-cv-09827 | *Ellison et al v. Taishan Gypsum Co., Ltd. et al* | Northern District of Alabama | 2:16-cv-01839 | 11/15/2016 |
| 2:17-cv-12511 | *Stutzman et al v. Taishan Gypsum Co., Ltd. et al* | Southern District of Illinois | 3:17-cv-01209 | 11/2/2017 |
| 2:17-cv-12513 | *Allman et al v. Taishan Gypsum Co., Ltd.* | Eastern District of North Carolina | 2:17-cv-00051 | 11/2/2017 |
| 2:18-cv-11407 | *Cole et al v. State-Owned Assets Supervision and Administration Commission of the State Council et al.* | Northern District of Oklahoma | 4:18-cv-00562 | 10/26/2018 |